**J. W. MORRIS et al., Appellants, v. Raphael DECHTER et al., Appellees.**

**No. 11316.**

Circuit Court of Appeals, Ninth Circuit.

Nov. 22, 1946.

Frank L. Kostlan, of Pasadena, Cal., for appellants.

B. L. Hoyt and Dechter, Hoyt, Pines & Walsh, all of Los Angeles, Cal., for appellees R. D. Decther, D. Decther, D. H. Graham, and Mrs. D. H. Graham.

Before MATHEWS, STEPHENS, and ORR, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.

**PERMUTIT COMPANY, Plaintiff-Appellant, v. VILLAGE OF POYNETTE, WISCONSIN, Defendant-Appellee.**

**No. 9024.**

Circuit Court of Appeals, Seventh Circuit.

Jan. 16, 1947.
Rehearing Denied March 31, 1947.

Clarence D. Kerr and E. Cummings Sanborn, both of New York City, E. L. Wingert, of Madison, Wis., and Harry W. Lindsey, Jr., of Chicago, Ill., for appellant.

Ira J. Wilson, of Chicago, Ill., Edward A. Morsbach, of Rockford, Ill., Harlan B. Rogers, of Portage, Wis., and W. L. Jackman, of Madison, Wis., for appellee.

Before SPARKS and MAJOR, Circuit Judges, and LINDLEY, District Judge.

PER CURIAM.

We approve the opinion of Judge Stone in so far as it bears on the issues here presented. D.C., 61 F.Supp. 305.

Decree affirmed.

**William CHANADY, Appellant, v. DETROIT SHEET METAL WORKS, a Michigan Corporation, Appellee.**

**No. 10285.**

Circuit Court of Appeals, Sixth Circuit.

Dec. 5, 1946.
Writ of Certiorari Denied April 7, 1947.

Davidson & Beauchamp, of Detroit, Mich., for appellant.

Humphreys Springstun, of Detroit, Mich., for appellee.

Before SIMONS, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

This action having been heard upon the record, oral arguments of counsel and briefs of the respective parties; and it appearing that the findings of fact of the District Judge, 64 F.Supp. 580, are fully supported by the evidence and are not clearly erroneous, and that his conclusions of law are correct; it is ordered that the judgment of the District Court be and is hereby affirmed.